IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JASMINE W. JONES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:25-cv-00499-RAH-JTA |
| | ) |
| HYUNDAI MOTOR | ) |
| MANUFACTURING OF ALABAMA, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

On April 22, 2026, the Magistrate Judge recommended that Defendant's *Motion to Dismiss* be granted in part and denied in part. (*See* doc. 40.) In particular, the Magistrate Judge recommended dismissal of Plaintiff's Title VII retaliation claim. Objections were due to be filed on or by May 6, 2026, but no objections have been filed.

There being no objection, upon an independent review of the file, and upon consideration of the Recommendation, it is **ORDERED** as follows:

1. The Recommendation (doc. 40) is **ADOPTED**;

2. Defendant's *Motion to Dismiss* (doc. 14) is **GRANTED** in part;

3. The Title VII retaliation claim is hereby **DISMISSED**;

4. This case shall proceed forward on Plaintiff's ADA discrimination and retaliation claims; and,

5. This action is hereby referred back to the Magistrate Judge for further proceedings.

**DONE** on this the 20th day of May 2026.

R. AUSTIN HUFFAKER, JR.
CHIEF UNITED STATES DISTRICT JUDGE

2